Revised 11/08

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

### COVER SHEET FOR AMENDMENTS

**CASE NAME:** Vanessa J Brooks

**CASE NUMBER:** 10-64680

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to:**

☒ Add creditors to schedule(s) **11**. How many? **F**
(Use second page of this form to list creditors added).

  ☒ **$26.00 Amendment Fee.** This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt. The fee is not required when correcting addresses of previously listed creditors. It is not required when new schedules are filed in a converted case.

☐ Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

☐ Other: (Provide detail of Amendment) _____

☐ **Amend Schedules and list of creditors.** Schedules must be verified by the debtor(s).

☐ **Amend Matrix.** Please do not send a matrix adding creditors to a case unless you also send the amended schedules. Do not send a new matrix to correct an address. Use the second page of this form. Pursuant to L.B.R. 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form. Electronic filers must upload creditors to the ECF system.

**NOTE:** LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the cover sheet for amendments on the trustee and all other entities affected by the amendment.

## CORRECTIONS AND ADDITIONS TO MAILING MATRIX

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

**NAME OF CREDITOR** (As it now appears):
Broadstripe Cable
(Please print)
Address **2512 Lansing Rd.**
**Charlotte MI 48813-8499**

**NAME OF CREDITOR** (As it now appears):
Advance America
(Please print)
Address **1633 Holmes Rd**
**Ypsilanti MI 48198**

**NAME OF CREDITOR** (As it now appears):
Financing/GECCCC
(Please print)
Address **PO Box 981439 C/O Cardholder Operations**
**El PAso TX 79998-1439**

**NAME OF CREDITOR** (As it now appears):
First Cash Advance
(Please print)
Address **614 E Michigan Ave**
**Ypsilanti MI 48197**

**NAME OF CREDITOR** (As it now appears):
Chase Bank
(Please print)
Address **5485 E. Huron River Ave**
**Ypsilanti MI 48197**

**NAME OF CREDITOR** (As it now appears):
PNC Bank
(Please print)
Address **3175 W. Clark Rd**
**Ypsilanti MI 48197**

**NAME OF CREDITOR** (As it now appears):
Charter One
(Please print)
Address **22385 Pontiac Trail**
**South Lyon MI 48178**

**NAME OF CREDITOR** (As it now appears):
Sagamore - online cash advance
(Please print)
Address **PO Box 7347**
**Overland Park KS 66207**

**NAME OF CREDITOR** (As it now appears):
Infinity Athletics
(Please print)
Address **28339 North Beck Rd**

**Wixom MI 48393**

**NAME OF CREDITOR** (As it now appears):

Snap Fitness

Address   **23200 Pontiac Trail**

         **South Lyon MI 48178**

(Please print)

**NAME OF CREDITOR** (As it now appears):

**South Lyon Early Childhood Center**

Address   **310 North Warren**

         **South Lyon MI 48178**

(Please print)

### FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

Signature:  **/s/ John Robert Keyes**

**John Robert Keyes P68856**

Name of Attorney
**300 North Huron Street**
**Ypsilanti, MI 48197**
**(734) 662-1590**
**robert@robertkeyeslaw.com**

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments*, and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: **/s/ Vanessa J Brooks**
**Vanessa J Brooks**
Name of Debtor

Signature: _____

Name of Joint Debtor, if applicable

B6F (Official Form 6F) (12/07)

In re **Vanessa J Brooks**, Case No. **10-64680**
　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx2859**<br><br>**Allstate Credit Bureau**<br>**19315 W 10 Mile Rd**<br>**Southfield, MI 48075** | | - | **Opened 10/01/09 Last Active 7/06/10**<br>**CollectionAttorney Woodbury Mgmt/Brookdale Asso** | | | | **3,648.00** |
| Account No. **xxxxxxxx5062**<br><br>**Associates/citibank**<br>**Attn: Centralized Bankruptcy**<br>**7255 Baymeadows Way**<br>**Jacksonville, FL 32256** | | - | **Opened 2/01/99 Last Active 8/01/02**<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxxxxxx3207**<br><br>**Associates/citibank**<br>**Attn: Centralized Bankruptcy**<br>**7255 Baymeadows Way**<br>**Jacksonville, FL 32256** | | - | **Opened 4/01/00 Last Active 7/01/01**<br>**CreditCard** | | | | **0.00** |
| Account No. **2355**<br><br>**Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | | - | **Opened 8/01/99 Last Active 1/12/05**<br>**CreditCard** | | | | **0.00** |

__11__ continuation sheets attached

Subtotal (Total of this page) **3,648.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vanessa J Brooks**, Case No. **10-64680**
　　　　　　　　　　　　Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxxxx0622<br><br>Chela<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | - | Opened 6/01/05 Last Active 6/22/05<br>Educational | | | | 28,805.00 |
| Account No. xxxxxxxxxxxxxxxxx0830<br><br>Chela<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | - | Opened 8/01/05 Last Active 8/30/05<br>Educational | | | | 4,882.00 |
| Account No. xxxxxxxxxxxxxxxxx0829<br><br>Chela<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | - | Opened 8/01/06 Last Active 6/30/10<br>Educational | | | | 3,745.00 |
| Account No. xxxxxxxxxxxxxxxxx0830<br><br>Chela<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | - | Opened 8/01/05 Last Active 8/30/05<br>Educational | | | | 3,187.00 |
| Account No. xxxxxxxxxxxxxxxxx0212<br><br>Chela<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | - | Opened 2/01/08 Last Active 6/30/10<br>Educational | | | | 2,323.00 |

Sheet no. **1** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **42,942.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re **Vanessa J Brooks**, Case No. **10-64680**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxxxx0502<br><br>Chela<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | - | Opened 5/01/06 Last Active 6/30/10<br>Educational | | | | 2,143.00 |
| Account No. xxxxxxxxxxxxxxxxx1104<br><br>Chela<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | - | Opened 11/01/05 Last Active 11/04/05<br>Educational | | | | 1,456.00 |
| Account No. xxxxxxxxxxxxxxxxx0429<br><br>Chela<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | - | Opened 4/01/08 Last Active 6/30/10<br>Educational | | | | 1,262.00 |
| Account No. xxxxxxxxxxxxxxxxx1020<br><br>Chela<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | - | Opened 10/01/06 Last Active 6/30/10<br>Educational | | | | 994.00 |
| Account No. xxxxxxxxxxxxxxxxx0615<br><br>Chela<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | - | Opened 6/01/07 Last Active 6/30/10<br>Educational | | | | 960.00 |

Sheet no. **2** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **6,815.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vanessa J Brooks**, Case No. **10-64680**
　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxxxxx0624<br><br>**Chela**<br>**Attn: Bankruptcy**<br>**Po Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | **Opened 6/01/08 Last Active 9/01/09**<br>**Educational** | | | | **Unknown** |
| Account No. xxxxxxxx1056<br><br>**Chela**<br>**Attn: Bankruptcy**<br>**Po Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | **Opened 8/01/04 Last Active 6/22/05**<br>**Educational** | | | | **Unknown** |
| Account No. xxxxxxxx1016<br><br>**Chela**<br>**Attn: Bankruptcy**<br>**Po Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | **Opened 10/01/03 Last Active 6/22/05**<br>**Educational** | | | | **Unknown** |
| Account No. xxxxxxxx1026<br><br>**Chela**<br>**Attn: Bankruptcy**<br>**Po Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | **Opened 10/01/03 Last Active 6/22/05**<br>**Educational** | | | | **Unknown** |
| Account No. xxxxxxxx1066<br><br>**Chela**<br>**Attn: Bankruptcy**<br>**Po Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | **Opened 11/01/04 Last Active 6/22/05**<br>**Educational** | | | | **Unknown** |

Sheet no. __3__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Vanessa J Brooks**, Case No. **10-64680**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx1046<br><br>Chela<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | - | Opened 8/01/04 Last Active 6/22/05<br>Educational | | | | **Unknown** |
| Account No. xxxxxxxx1036<br><br>Chela<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | - | Opened 4/01/04 Last Active 7/01/04<br>Educational | | | | 0.00 |
| Account No. xxxxxxxx102F<br><br>Chela<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | - | Opened 10/15/03 Last Active 6/22/05<br>Educational | | | | 0.00 |
| Account No. xxxxxxxx104F<br><br>Chela<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | - | Opened 8/31/04 Last Active 6/22/05<br>Educational | | | | 0.00 |
| Account No. xxxxxxxx106F<br><br>Chela<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773 | | - | Opened 11/05/04 Last Active 6/22/05<br>Educational | | | | 0.00 |

Sheet no. **4** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

In re **Vanessa J Brooks**, Case No. **10-64680**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx101F** <br><br> **Chela** <br> **Attn: Bankruptcy** <br> **Po Box 9500** <br> **Wilkes-Barre, PA 18773** | | - | **Opened 10/15/03 Last Active 6/22/05** <br> **Educational** | | | | 0.00 |
| Account No. **xxxxxxxx105F** <br><br> **Chela** <br> **Attn: Bankruptcy** <br> **Po Box 9500** <br> **Wilkes-Barre, PA 18773** | | - | **Opened 8/31/04 Last Active 6/22/05** <br> **Educational** | | | | 0.00 |
| Account No. **xxxxxxxx103F** <br><br> **Chela** <br> **Attn: Bankruptcy** <br> **Po Box 9500** <br> **Wilkes-Barre, PA 18773** | | - | **Opened 4/23/04 Last Active 4/23/04** <br> **Educational** | | | | 0.00 |
| Account No. **xxxxxx1688** <br><br> **Crd Prt Asso** <br> **Attn: Bankruptcy** <br> **Po Box 802068** <br> **Dallas, TX 75380** | | - | **Opened 10/01/08** <br> **CollectionAttorney Comcast Cable** | | | | 78.00 |
| Account No. **xxxxxxxxxxxxxxxxxx0624** <br><br> **Dept Of Ed/sallie Mae** <br> **Po Box 9635** <br> **Wilkes Barre, PA 18773** | | - | **Opened 6/01/08 Last Active 6/30/10** <br> **Educational** | | | | 1,538.00 |

Sheet no. __5__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 1,616.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Vanessa J Brooks**, Case No. **10-64680**
　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community - H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx9019** <br><br> **Discover Fin** <br> **Attention: Bankruptcy Department** <br> **Po Box 3025** <br> **New Albany, OH 43054** | | - | Opened 7/01/99 Last Active 4/30/10 <br> CreditCard | | | | 2,307.00 |
| Account No. **xxx1227** <br><br> **Diversified Receivable** <br> **Po Box 2560** <br> **Ann Arbor, MI 48106** | | - | Opened 2/01/10 <br> CollectionAttorney Ambulatory Surgery Consultants | | | | 110.00 |
| Account No. **xxxxxxxx0023** <br><br> **Dte Energy** <br> **One Energy Plaza /Attn: Bankruptcy** <br> **2160 Wcb** <br> **Detroit, MI 48226** | | - | Opened 9/01/08 Last Active 5/04/10 <br> Agriculture | | | | 177.00 |
| Account No. **xxxxxxxx0015** <br><br> **Dte Energy** <br> **One Energy Plaza /Attn: Bankruptcy** <br> **2160 Wcb** <br> **Detroit, MI 48226** | | - | Opened 10/01/07 Last Active 9/02/08 <br> Agriculture | | | | 0.00 |
| Account No. **xxxxxxR24A** <br><br> **Emu Student Loans** <br> **203 Pierce Hall** <br> **Ypsilanti, MI 48197** | | - | Opened 9/01/06 Last Active 6/30/10 <br> Educational | | | | 1,000.00 |

Sheet no. **6** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,594.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re **Vanessa J Brooks**, Case No. **10-64680**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx2970**<br><br>**Fashion Bug/soanb**<br>**Po Box 84073**<br>**Columbus, GA 31908** | | - | Opened 12/12/00 Last Active 10/08/08<br>**CreditCard** | | | | 0.00 |
| Account No. **xxxxxxxx0022**<br><br>**Gemb/bombardier**<br>**Attention: Bankruptcy**<br>**Po Box 103106**<br>**Roswell, GA 30076** | | - | Opened 7/01/07 Last Active 6/20/08<br>**ChargeAccount** | | | | 7,856.00 |
| Account No. **xxxxxxxx1008**<br><br>**Gemb/walmart**<br>**Po Box 981400**<br>**El Paso, TX 79998** | | - | Opened 10/12/06 Last Active 2/10/08<br>**ChargeAccount** | | | | 0.00 |
| Account No. **x2640**<br><br>**Lane Bryant**<br>**Po Box 182686**<br>**Columbus, OH 43218** | | - | Opened 1/25/03 Last Active 9/09/07<br>**ChargeAccount** | | | | 0.00 |
| Account No. **xxxx xxxx8142**<br><br>**Lane Bryant**<br>**Po Box 182686**<br>**Columbus, OH 43218** | | - | Opened 10/28/99 Last Active 10/03/00<br>**ChargeAccount** | | | | 0.00 |

Sheet no. **7** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **7,856.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vanessa J Brooks**, Case No. **10-64680**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx xxxx1134**<br><br>**Lane Bryant**<br>**Po Box 182686**<br>**Columbus, OH 43218** | | - | **Opened 1/01/03 Last Active 9/09/07**<br>**ChargeAccount** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx2683**<br><br>**Lb Retail**<br>**Attn: Bankruptcy**<br>**Po Box 182686**<br>**Columbus, OH 43218** | | - | **Opened 1/01/03 Last Active 9/24/08**<br>**ChargeAccount** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx1431**<br><br>**Lb Retail**<br>**Attn: Bankruptcy**<br>**Po Box 182686**<br>**Columbus, OH 43218** | | - | **Opened 10/28/99 Last Active 11/01/04**<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxxxx0500**<br><br>**Msu Federal Credit Uni**<br>**600 E Crescent Rd**<br>**East Lansing, MI 48826** | | - | **Opened 10/13/98 Last Active 4/01/04**<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxx5423**<br><br>**National Credit Corp**<br>**7091 Orchard Lake Rd**<br>**West Bloomfield, MI 48322** | | - | **Opened 12/01/00 Last Active 6/01/03**<br>**InstallmentSalesContract Fitness Usa Health Spas** | | | | **0.00** |

Sheet no. **8** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re **Vanessa J Brooks**, Case No. **10-64680**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3921**<br><br>**National Credit Soluti**<br>**Po Box 15779**<br>**Oklahoma City, OK 73155** | | - | **Opened 12/01/08**<br>**CollectionAttorney Bmg Music Service** | | | | 148.00 |
| Account No. **xxxx8875**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | | - | **Opened 3/01/08**<br>**CollectionAttorney St Joseph Mercy Health System** | | | | 50.00 |
| Account No. **xxxx9572**<br><br>**Nco Fin/55**<br>**Po Box 13570**<br>**Philadelphia, PA 19101** | | - | **Opened 5/01/10**<br>**CollectionAttorney St Joseph Mercy Health System** | | | | 50.00 |
| Account No. **xxxx4476**<br><br>**Sears/cbsd**<br>**133200 Smith Rd**<br>**Cleveland, OH 44130** | | - | **Opened 7/06/99 Last Active 1/12/04**<br>**ChargeAccount** | | | | 0.00 |
| Account No. **xxxxxxxx1026**<br><br>**Student Loan Mkt Assn**<br>**Attention: Claims Dept**<br>**Po Box 9400**<br>**Wilkes-Barre, PA 18773** | | - | **Opened 4/01/04 Last Active 3/01/04**<br>**Educational** | | | | **Unknown** |

Sheet no. **9** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **248.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vanessa J Brooks**, Case No. **10-64680**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx1016** <br><br>**Student Loan Mkt Assn**<br>**Attention: Claims Dept**<br>**Po Box 9400**<br>**Wilkes-Barre, PA 18773** | | - | **Opened 4/01/04 Last Active 3/01/04**<br>**Educational** | | | | **Unknown** |
| Account No. **xxxxxxxx101F** <br><br>**Student Loan Mkt Assn**<br>**Attention: Claims Dept**<br>**Po Box 9400**<br>**Wilkes-Barre, PA 18773** | | - | **Opened 4/12/04 Last Active 4/12/04**<br>**GovernmentUnsecuredGuaranteeLoan** | | | | **0.00** |
| Account No. **xxxxxxxx102F** <br><br>**Student Loan Mkt Assn**<br>**Attention: Claims Dept**<br>**Po Box 9400**<br>**Wilkes-Barre, PA 18773** | | - | **Opened 4/12/04 Last Active 4/12/04**<br>**GovernmentUnsecuredGuaranteeLoan** | | | | **0.00** |
| Account No. **x2716** <br><br>**Target**<br>**Po Box 9475**<br>**Minneapolis, MN 55440** | | - | **Opened 9/01/07 Last Active 6/08/10**<br>**CreditCard** | | | | **439.00** |
| Account No. **xx1158** <br><br>**The Integrun Group** | | - | **Opened 1/01/09 Last Active 2/23/09**<br>**CollectionAttorney The Crossings At Canton** | | | | **1,870.00** |

Sheet no. **10** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,309.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Vanessa J Brooks**, Case No. **10-64680**
　　　　　　　　　　Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1461** <br><br> **Us Dept Of Education** <br> **Attn: Borrowers Service Dept** <br> **Po Box 5609** <br> **Greenville, TX 75403** | | - | **Opened 9/01/08 Last Active 6/30/10** <br> **Educational** | | | | **34,468.00** |
| Account No. **xxxxxx1461** <br><br> **Us Dept Of Education** <br> **Po Box 5609** <br> **Greenville, TX 75403** | | - | **Opened 8/01/98 Last Active 11/01/05** <br> **Educational** | | | | **0.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **11** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)　　**34,468.00**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total
　　　　　　　　　　　　　　　　　　　　(Report on Summary of Schedules)　**103,496.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　　　Best Case Bankruptcy