# BK Attorney Services, LLC

BK Attorney Services, LLC
PO Box 1028
Davenport, WA 99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Aug 27, 2010     TIME RECEIVED: 09:03AM     TOTAL SERVED: 11

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MICHIGAN

IN RE:     Vanessa Brooks              CASE NO: 10-64680

CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE:    Robert Keyes Law
ADDRESS                 300 North Huron Street
                               Ypsilanti, MI 48197

On Friday, August 27, 2010, a copy of the following documents, described below,

**B9A Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: August 27, 2010

*Maria Gonzalez* (signature)

Maria Gonzalez
BK Attorney Services, LLC
An Authorized Notice Provider for
the United States Bankruptcy Courts

Broadstripe Cable
2512 Lansing Rd.
Charlotte MI 48813-8499

Advance America
1633 Holmes Rd
Ypsilanti MI 48198

Financing/GECCCC
PO Box 981439 C/O Cardholder Operations
El Paso TX – 799981439

First Cash Advance
614 E. Michigan Ave
Ypsilanti MI 48198-5736

Chase Bank
5485 E. Huron River Ave
Ypsilanti MI 48197

PNC Bank
3175 W. Clark Rd
Ypsilanti MI 48197

Charter One
22385 Pontiac Trail
South Lyon MI 48178

Sagamore – online cash advance
P.O. Box 7347
Overland Park, KS 66207

Infinity Athletics
28339 Noth Beck Rd
Wixom MI

Snap Fitness
23200 Pontiac Trail
South Lyon MI 48178

South Lyon Early Childhood Center
310 North Warren
South Lyon MI 48178