# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-64680 SWR  
**Case Name:** BROOKS, VANESSA J  

**Trustee:** (420030) Kenneth A. Nathan  
**Filed (f) or Converted (c):** 08/04/10 (f)  
**§341(a) Meeting Date:** 09/08/10  

**Period Ending:** 11/23/10  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 30.00 | 0.00 | DA | 0.00 | FA |
| 2 | Landlord Suzan Martin | 1,130.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Misc. furniture and clothes | 700.00 | 0.00 | DA | 0.00 | FA |
| 4 | Books | 20.00 | 0.00 | DA | 0.00 | FA |
| 5 | Camera | 20.00 | 0.00 | DA | 0.00 | FA |
| 6 | Graded MIP | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | 2004 Saturn 120,000 miles, fair kbb.com value | 3,700.00 | 0.00 | DA | 0.00 | FA |
| 8 | Desktop computer | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | **Assets** **Totals** (Excluding unknown values) | **$5,650.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee is investigating potential interest in tax refund.

**Initial Projected Date Of Final Report (TFR):** December 30, 2012  
**Current Projected Date Of Final Report (TFR):** December 30, 2012

_____  
November 23, 2010  
Date

/s/ Kenneth A. Nathan  
_____  
Kenneth A. Nathan  
260 Franklin Center  
29100 Northwestern Highway  
Southfield, MI 48034  
Phone: (248) 351-0099  
Email: knathantrustee@nathanzousmer.com  
Bar No.: P39142