UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

BROOKS, VANESSA J

Case No. 10-64680
Chapter 7
HON. STEVEN W. RHODES

Debtor(s).

**TRUSTEE'S AFFIDAVIT OF DISINTEREST
PURSUANT TO BR 2014 AND LBR 3.01c**

STATE OF MICHIGAN )
)ss
COUNTY OF OAKLAND )

Kenneth A. Nathan, being first duly sworn, deposes and says:

1. I am the Trustee of BROOKS, VANESSA J, having been appointed pursuant to this Court's Order of August 4, 2010.

2. I believe it is necessary to employ counsel in order to investigate and/or collect preferential transfers as well as to assist in the sale of debtor's assets and further collect nonexempt property.

3. The attorneys of Nathan Zousmer, P.C. are duly admitted to practice in this Court and all other courts within the State of Michigan.

4. Nathan Zousmer, P.C. maintains an office in the City of Southfield, Michigan.

5. To the best of Applicant's knowledge, said firm has no connections, with Debtor, Creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the office of the United States Trustee.

Further deponent sayeth not.

Kenneth A. Nathan, Trustee (P39142)
260 Franklin Center
29100 Northwestern Highway
Southfield, Michigan 48034
knathan@nathanzousmer.com
(248) 351-0099

Subscribed and sworn to before me this
24th Day of January, 2011.

CAROL LARSON, Notary Public
Oakland County, MI
My Commission Expires: September 23, 2013
Acting in Oakland County